THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 South Carolina Department of Social Services Respondent,
 
 
 

v.

 
 
 
 Cynthia H., Timmy W., Jeffrey C., John Doe, Richard Roe, Stephen Doe and the minor children under the age of eighteen (18) years:  Brittany H. (DOB: 07/28/2000)  Brayden C. (DOB: 12/30/2002) Jhonathan C. (DOB: 07/29/2004), Defendants, of whom Cynthia H. is Appellant.
 
 
 

Appeal From Spartanburg County
 Georgia V. Anderson, Family Court Judge

Unpublished Opinion No. 2007-UP-017
Submitted January 1, 2007  Filed January 11, 2007

AFFIRMED

 
 
 
 Rodney Wade Richey, of Greenville, for Appellant.
 Kenneth Philip Shabel, of Spartanburg, for Respondent.
 David Harold Hanna, Sr., of Spartanburg, for Guardian Ad Litem.
 
 
 

PER CURIAM:  This appeal arises from the termination of the parental rights of Cynthia H. as to Brittany H. (DOB: 07/28/2000); Brayden C. (DOB: 12/30/2002); and Jhonathan C. (DOB: 07/29/2004).  The court found Cynthia H.s parental rights, as to each of her minor children, should be terminated on the grounds that the children have been out of the home for a period of six months and Cynthia H. has not remedied the conditions which caused the removal.  Additionally, the court found termination was in the best interest of the child.  See S.C. Code Ann. § 20-7-1572 (Supp. 2004).
After a thorough review of the record pursuant to Ex Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we affirm[1] the family courts ruling and grant counsels petition to be relieved.
AFFIRMED.
ANDERSON, HUFF, and BEATTY, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.